IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNIFER L. BAKER                                                                                           PLAINTIFF

V.                                                            CAUSE NO. 1:18-CV-18-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                         DEFENDANT

ORDER

The Defendant filed its Motion in Limine [67] on September 13, 2019, asking the Court to exclude any testimony relating to or referencing allegations of race discrimination, and two exhibits and witnesses listed in the final pre-trial order. In response, the Plaintiff filed a Motion to Strike [68] asking the Court to strike the Defendant's Motion [67] as untimely.

Pursuant to Rule 7(b)(2)(E) of the Local Uniform Civil Rules, "Motions in Limine, other than motions challenging another party's expert, must be filed no later than fourteen calendar days before the pretrial conference, and all responses must be filed no later than seven calendar days before the pretrial conference." L. U. CIV. R. 7(b)(2)(E). Here, the final pre-trial conference took place on May 8, 2019. *See* Docket [60]. Thus, the deadline to file a Motion in Limine was April 24, 2019. The Defendant's pending Motion [67] was filed several months after the deadline and is untimely.

The Plaintiff's Motion to Strike [68] is GRANTED and the Defendant's Motion in Limine [67] is DENIED as untimely.

SO ORDERED, this the 24th day of September, 2019.

                                                               */s/* Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE